UNPUBLISHED

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 09-6453

UNITED STATES OF AMERICA,

                  Plaintiff - Appellee,

            v.

JOSEPH J. CAMPBELL, a/k/a PI, a/k/a Pit,

                  Defendant - Appellant.

Appeal from the United States District Court for the District of
South Carolina, at Charleston.  David C. Norton, District Judge.
(2:04-cr-01046-DCN-7)

Submitted:  July 30, 2009            Decided:  August 5, 2009

Before MOTZ, KING, and DUNCAN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Joseph J. Campbell, Appellant Pro Se.  Robert Hayden Bickerton,
Assistant United States Attorney, Charleston, South Carolina,
for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Joseph J. Campbell appeals the district court's order denying his motion to dismiss indictment. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. United States v. Campbell, No. 2:04-cr-01046-DCN-7 (D.S.C. Feb. 25, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2